IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26CR269 |
| | § | Judge Jordan/Judge Davis |
| ROBERT DENARD COFFEY | § | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE JUDGE OF SAID COURT:

The Petitioner, United States of America, by and through the United States Attorney for the Eastern District of Texas, respectfully shows that Defendant ROBERT DENARD COFFEY (COFFEY), Booking Number: 673840, is charged with 21 U.S.C. § 846, conspiracy to distribute and possess with intent to distribute cocaine.

The Defendant presently is incarcerated in the Denton County Jail.

This Honorable Court has ordered the Defendant to be in the United States District Court at Plano, Texas, *instanter*, for hearing.

WHEREFORE, Petitioner respectfully requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum commanding the Warden to produce the body of COFFEY, to be brought before this Honorable Court at Plano, Texas, *instanter*, for the stated purpose, and further commanding that the Defendant be returned to the custody of the Warden at the conclusion of all proceedings or as duly ordered by this Court.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

/s/ *Ashlyn Scott*
ASHLYN SCOTT
Assistant United States Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074
Texas Bar No. 24100345
Ashlyn.Scott@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I will cause a true and correct copy of this notice to be electronically served on counsel of record by means of the Court's CM-ECF system.

/s/ *Ashlyn Scott*
ASHLYN SCOTT